THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov

Attorneys for Third Party Defendant

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENTON WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SCHROEDER; KAREN REEDMAN, and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. EDCV 08-0856 VAP (RZx)<br><br>**[PROPOSED] ORDER DISMISSING ACTION** |
| DAVID SCHROEDER,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Third-Party Defendant. | |

1   IT IS SO ORDERED that pursuant to Rule 41 of the Federal
2   Rules of Civil Procedure, the entire action is dismissed with
3   prejudice.   Each party will bear his or its own costs.
4
5
6   DATED: August 24, 2009          _____
                                    UNITED STATES DISTRICT JUDGE